IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OZZIE LEE PALEN<br><br>Defendant. | 8:22-CR-182<br><br>ORDER ON MOTION TO DISMISS |

This matter is before the Court on the Government's Motion to Dismiss the Petition for Offender under Supervision, Filing 5, without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 5, is granted; and

2. The Petition for Offender under Supervision, Filing 3, is dismissed without prejudice.

Dated this 16th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge